No. 96–188.  GENERAL ELECTRIC CO. ET AL. *v.* JOINER ET UX. C. A. 11th Cir.  [Certiorari granted, 520 U. S. 1114.]  Motions of Ardith Cavallo and Association of Trial Lawyers of America for leave to file briefs as *amici curiae* granted.

No. 96–370.  BAY AREA LAUNDRY AND DRY CLEANING PENSION TRUST FUND *v.* FERBAR CORPORATION OF CALIFORNIA, INC., ET AL.  C. A. 9th Cir.  [Certiorari granted, 520 U. S. 1209.]  Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–976.  HUDSON ET AL. *v.* UNITED STATES.  C. A. 10th Cir.  [Certiorari granted, 520 U. S. 1165.]  Motion of Ohio et al. for leave to participate in oral argument as *amici curiae* denied.

No. 96–1291.  OUBRE *v.* ENTERGY OPERATIONS, INC.  C. A. 5th Cir.  [Certiorari granted, 520 U. S. 1185.]  Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 96–1337.  COUNTY OF SACRAMENTO ET AL. *v.* LEWIS ET AL., PERSONAL REPRESENTATIVES OF THE ESTATE OF LEWIS, DECEASED.  C. A. 9th Cir.  [Certiorari granted, 520 U. S. 1250.]  Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus curiae* granted.

No. 96–1395.  KING, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT *v.* ERICKSON ET AL.; and KING, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT *v.* MCMANUS ET AL.  C. A. Fed. Cir. [Certiorari granted, *ante,* p. 1117.]  Motion of International Association of Chiefs of Police, Inc., for leave to file a brief as *amicus curiae* granted.

No. 96–1469.  UNITED STATES *v.* RAMIREZ.  C. A. 9th Cir. [Certiorari granted, *ante,* p. 1103.]  Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 96–1482.  LEXECON INC. ET AL. *v.* MILBERG WEISS BERSHAD HYNES & LERACH ET AL.  C. A. 9th Cir.  [Certiorari granted, 520 U. S. 1227.]  Motion of respondent Joseph W. Cotchett et al. for divided argument denied.